**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UNI-MARTS, LLC, <u>et al.</u>, ) | Case No. 08-11037   (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| _____) | |
| ) | |
| JNA-1 CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 08-51863   (MFW) |
| ) | |
| UNI-MARTS, LLC and ) | |
| HENRY D. SAHAKIAN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

<u>**ORDER**</u>

**AND NOW**, this 29th day of April, 2009, upon consideration of the Defendants' Motions to Dismiss, the Plaintiff's Opposition, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Henry D. Sahakian's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Uni-Marts, LLC's Motion to Dismiss is **GRANTED**.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Court

cc: Chad A. Fights, Esquire[1]

---

1 Counsel shall serve a copy of this Order and the accompanying Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Eric M. Sutty, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
Counsel for Henry D. Sahakian

Charles J. Ferry, Esquire
Robert J. Tribeck, Esquire
William C. Boak, Esquire
Kathryn D. Sallie, Esquire
Rhoads & Sinon LLP
M&T Bank Building, 12th Floor
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146
Counsel for Henry D. Sahakian

Robert J. Dehney, Esquire
Thomas F. Driscoll III, Esquire
Chad A. Fights, Esquire
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for the Debtor

Tyler P. Brown, Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Henry P. Long, III, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Counsel for the Debtor

Rafael X. Zahralddin-Aravena, Esquire
William M. Kelleher, Esquire
Neil R. Lapinski, Esquire
Elliott Greenleaf
1105 North Market Street, 17th Floor
Wilmington, Delaware 19899
Counsel for JNA-1 Corporation

William K. Harrington, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Box 35
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Counsel for Official Committee
Of Unsecured Creditors)

Michael Z. Brownstein, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10175
(Counsel for Official Committee
Of Unsecured Creditors)